UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAWLE CHARLES,

    Plaintiff,

v.

                              Case No. 6:09-cv-01818-MSS-KRS

PALISADES COLLECTION LLC, and
PRESSLER AND PRESSLER, LLP

    Defendants.
_____/

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action in accordance with the parties' settlement agreement in this case.

| | |
|---|---|
| December 30, 2009 | /s/ Taras S. Rudnitsky |
| Date | TARAS S. RUDNITSKY, ESQ. |
| | Florida Bar No. 711977 |
| | Rudnitsky Law Firm |
| | 615 Crescent Executive Court |
| | Suite 130 |
| | Lake Mary, FL 32746 |
| | Phone: (407) 804-1300 |
| | Fax: (407) 804-1399 |
| | E-mail: Taras@HelpingFloridaConsumers.com |